# Exhibit D

---------- Forwarded message ---------
From: **Nissi Herzberg** <nissi@espressohospitality.com>
Date: Mon, Mar 2, 2020 at 1:30 PM
Subject: Fwd: The William Vale information
To: Abraham Kahan <ak@kahancpa.com>
Cc: Zelig Weiss <zelig@riversideny.com>, Zabin Huda <zabin@thewilliamvale.com>, <david@thewilliamvale.com>, Mendy Brach <brach.mendel@gmail.com>


FYI email request below.
I'm not sure what Yizhar is referring about format, We send him a few formats of budgets, Zabin& Josh O can fill u in on the details.
Thanks
Nissi Herzberg
917-744-4749

Begin forwarded message:

> **From:** Yizhar Shimoni <yizhar@allyearholdings.com>
> **Date:** March 2, 2020 at 1:06:27 PM EST
> **To:** Nissi Herzberg <nissi@espressohospitality.com>
> **Cc:** Zabin Huda <zabin@thewilliamvale.com>, David Lemmond <david@thewilliamvale.com>,  Yoel Goldman <yoel@allyearmgt.com>, brach.mendel@gmail.com
> **Subject: Re: The William Vale information**
>
>
> Nissi, Zabin,
>
> **Please send January 2020 P&Ls and STR report.**
>
> Re F&B budget, in order to be able to compare actual performance to budget, we need a budget that is in the same format as the monthly reports you send us. For example, the monthly reports lists each outlets revenues, followed by each outlets expenses, all on the same sheet. The budget should look the same as the monthly P&Ls only with the numbers being the budgeted numbers. This is not an extraordinary request.
>
> Additionally, I am still waiting for the commercial expenses for 2017 and 2018 and the parking P&L for 2017.